UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED BULL NEW YORK, INC., and RED BULL ARENA, INC.,

                      Plaintiffs,

-v.-

ARENAS, PARKS AND STADIUMS SOLUTIONS, INC.,

                      Defendant.

17 Civ. 7794 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    This matter was reassigned to the Court earlier this afternoon. At that time, the Court learned of a pending motion filed by Plaintiff for a turnover order directed to funds held by JPMorgan Chase & Co. in an account belonging to Defendant (*see* Dkt. #16). United States District Judge Robert W. Sweet had set a hearing on this motion for March 27, 2019 (*see* Dkt. #17), but the hearing was not held due to his unfortunate passing.

    The Court was also made aware this afternoon that a temporary hold that JPMC placed on the account was due to expire today, April 24, 2019. (*See* Dkt. #19). Accordingly, the Court held a telephonic conference this afternoon with counsel for Plaintiffs, Ms. Ilana Sarah Levin, and Mr. Vincent Caccamo, Defendant's founder and president. For the reasons set forth during the conference, the Court directs JPMorgan Chase & Co. to continue the hold that was originally imposed on May 3, 2018, pending further order of this Court. In addition, the Court writes to clarify that it intends the hold to pertain not

merely to funds in the account as of today's date, but to all funds in the account as of the date the hold ends.

    SO ORDERED.

Dated:    April 24, 2019
          New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge